518 A.2d 801

**COMMONWEALTH of Pennsylvania**

v.

**Dale SAMUELS.**

Supreme Court of Pennsylvania.

Nov. 21, 1986.

---

1. Act of August 6, 1941, P.L. 861, § 17 *as amended.*

Petition for Allowance of Appeal GRANTED, Nos. 156 and 157 E.D. Appeal Docket 1986.